PATRICIA J. RYNN, State Bar No. 092048
ELISE O'BRIEN, State Bar No. 245967
RYAN MAUGHAN State Bar No. 293496
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Fax: (949) 752-0953
Email: Pat@rjlaw.com
Email: Elise@rjlaw.com
Email: Ryan@rjlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HEALTHY HARVEST BERRIES, INC., a corporation,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>RAFAEL RODRIGUEZ, individually and doing business as RICHGROVE PRODUCE; DANDREA PRODUCE, INC., a corporation,<br><br>　　　　　　　Defendants. | CASE NO. 1:14-cv-218-LJO-SKO<br><br>**PROPOSED ORDER EXTENDING DEADLINE TO SUBMIT JOINT PRELIMINARY INJUNCTION ORDER** |

　　　　Having read the stipulation between Plaintiff HEALTHY HARVEST BERRIES, INC. and Defendant RAFAEL RODRIGUEZ, individually and doing business as RICHGROVE PRODUCE ("Richgrove"), the record of this case, and good cause appearing, it is therefore ORDERED, ADJUDGED AND DECREED that:

　　　　1.　　The Stipulation is approved in its entirety.

1

2.       The deadline to file a proposed preliminary injunction ORDER is extended from March 17, 2014 at 12:00 pm to March 18, 2014 at 12:00 pm.

IT IS SO ORDERED.

    Dated:   **March 17, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                                   UNITED STATES DISTRICT JUDGE