UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HEALTHY HARVEST BERRIES, INC., a corporation, | CASE NO. 1:14-cv-00218-LJO-SKO |
| Plaintiffs, | **ORDER VACATING MID-DISCOVERY STATUS CONFERENCE** |
| vs. | |
| RAFAEL RODRIGUEZ, individually and doing business as RICHGROVE PRODUCE; DANDREA PRODUCE, INC., a corporation, | |
| Defendants. | |

Having reviewed the stipulation between Plaintiff HEALTHY HARVEST BERRIES, INC., Defendant DANDREA PRODUCE, INC., and Defendant RAFAEL RODRIGUEZ, individually and doing business as RICHGROVE PRODUCE, the record of this case, and good cause appearing,

It is hereby ORDERED, ADJUDGED AND DECREED that:

1.     The Stipulation is approved in its entirety.

2.     The Mid-Discovery Status Conference scheduled for August 5, 2014, is hereby vacated.

IT IS SO ORDERED.

Dated:   **July 30, 2014**                        **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

1