UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEALTHY HARVEST BERRIES, INC.,<br><br>     Plaintiff,<br>vs.<br><br>RAFAEL RODRIGUEZ, individually and doing business as RICHGROVE PRODUCE; DANDREA PRODUCE, INC.,<br><br>     Defendants. | Case No.: 1:14−CV−00218−LJO −SKO<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT, AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Judge: Honorable Lawrence J. O'Neill<br><br>Action Filed: 2/19/14<br>Trial: 4/14/15 |

THIS MATTER came before the Court on the Stipulation for an Order Approving Settlement Agreement entered into by HEALTHY HARVEST BERRIES, INC., RAFAEL RODRIGUEZ, individually and doing business as RICHGROVE PRODUCE, and DANDREA PRODUCE, INC., and the Court, having reviewed the Stipulation, and being otherwise duly advised as to the premises, ORDERS that:

  1.    This Stipulation and related Settlement Agreement are APPROVED.

  2.    The Clerk of the Court is directed to mail a check payable to "Rynn & Janowsky, LLP. Attorney Trust Account" in the amount of ninety three-thousand seven hundred fifty-five

dollars and forty cents ($93,755.40) that had been deposited into the Court Registry, receipt #CAE100025649, plus any accumulated interest, to Ryan Maughan, Esq., Rynn & Janowsky, LLP, 4100 Newport Place Drive, Suite 700, Newport Beach, CA 92660.

3. This case is dismissed without prejudice with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

**SO ORDERED**
**Dated: August 14, 2014**

                         /s/ Lawrence J. O'Neill
                         **United States District Judge**